458 A.2d 285

Commonwealth, Appellant v. Tribuiani.

Petition for Allowance of Appeal
Denied July 20, 1983.

Argued January 19, 1982.   Joseph Hylan, Assistant District Attorney, for Commonwealth, appellant;  Maurino J. Rossanese, for appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Order affirmed.

458 A.2d 286

Commonwealth ex rel., Ambler v. Ambler.

Appeal of Barbara Ambler Sweeney.

Argued January 11, 1983.   James Hook, for appellant;  John A. Stets, for appellee.

Before POPOVICH, MONTGOMERY and VAN der VOORT, JJ.

Order affirmed.